IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2013 NOV 14  PM 3:48
PETER OPPENEER
CLERK U.S. DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. _____ |
| PETER CRANDALL, | 18 U.S.C. § 641 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

From on or about December 29, 2011, through on or about April 19, 2012, in the Western District of Wisconsin, and elsewhere, the defendant,

PETER CRANDALL,

knowingly converted to his use, and without authority, knowingly disposed of a thing of value of the United States; specifically, medical equipment for the treatment of sleep apnea, belonging to the Department of Veterans Affairs, valued at $14,444.70.

(In violation of Title 18, United States Code, Section 641.)

11/13/2013
Date

JOHN W. VAUDREUIL
United States Attorney