IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                      ORDER

        v.                           13-cr-147-bbc-1

PETER JAMES CRANDALL,

        Defendant.

---

      A hearing on the probation office's petition for judicial review of Peter James Crandall's probation was held on February 9, 2016, before U.S. District Judge Barbara B. Crabb. The government appeared by Assistant U.S. Attorney Kevin Burke. Defendant was present in person and by counsel Erika L. Bierma. Also present was U.S. Probation Officer Michael Bell.

FACTS

      Defendant was sentenced in the Western District of Wisconsin on March 27, 2014, following his conviction for theft of government property, in violation of 18 U.S.C.

1

§ 641. This offense is a Class C felony. Defendant was sentenced to a two-year term of probation subject to standard and special conditions. He was ordered to pay a $100 criminal assessment penalty, a $500 fine, and $6,939.70 in restitution. Defendant began his term of probation on March 27, 2014.

## CONCLUSIONS

The parties advised the court that they had reached an agreement in this case. Instead of seeking possible revocation because of defendant's failure to fulfill his restitution agreement, the government is willing to given defendant an opportunity to complete his restitution on the conditions that he make a formal admission of his failure to comply with his restitution obligation; agree to an extension of his probation until July 27, 2016; and make regular payments as follows: $1000 on or before March 14, 2016; $1000 on or before April 11, 2016; $1000 on or before May 16, 2016; $1000 on or before June 13, 2016 and any remaining balance on or before June 27, 2016.

Defendant admitted his failure to make regular payments toward restitution, as he had been required to do as a condition of his probation. He agreed on the record to an extension of his probation until July 27, 2016 and he agreed to make the payments as specified above.

ORDER

IT IS ORDERED that the term of probation imposed on defendant Peter James Crandall in this case on March 27, 2014 is EXTENDED until July 27, 2016 and that defendant is to make the following payments as follows: $1000 on or before March 14, 2016; $1000 on or before April 11, 2016; $1000 on or before May 16, 2016; $1000 on or before June 13, 2016 and any remaining balance on or before June 27, 2016. If defendant makes the payments as agreed and meets his restitution obligation, the court will consider releasing him from his probation term earlier than July 27, 2016, but no earlier than March 27, 2016.

Entered this 10th day of February, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3